UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA JEAN KITCHEN,<br><br>       Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY, et al.,<br><br>       Defendants. | Case No. 24-cv-03740-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Erica Jean Kitchen filed this case on June 21, 2024. Defendant Commissioner of Social Security filed the certified copy of the administrative record on an answer on August 27, 2024. [Docket No. 8.] According to the Social Security Procedural Order (Docket No. 3), Plaintiff's motion for summary judgment was due within 30 days of service of the administrative record, or by September 26, 2024. As of the date of this order, nothing has been filed. By no later than October 24, 2024, Plaintiff shall file (1) a letter explaining why she did not file her motion on time, and (2) a copy of her proposed motion (although the court ultimately may decide not to accept the late filed motion). If Plaintiff fails to file these two documents by October 24, 2024, the complaint may be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 3, 2024

_____
DONNA M. RYU
Chief Magistrate Judge